UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SOLOMON KROW,

                Plaintiff,

   -against-                                   19 **CIVIL** 5711 (ER)

                                                     **JUDGMENT**

PINEBRIDGE INVESTMENTS HOLDINGS
U.S. LLC and RONAN MCGUINNESS,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 21, 2022, PineBridge's motion for summary judgment is GRANTED as to Krow's failure to accommodate claims under the ADA and his claims for discrimination and retaliation based on his termination. His remaining state and city claims are DISMISSED without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

         March 21, 2022

                                                       **RUBY J. KRAJICK**

                                                          Clerk of Court

                            **BY:**

                                                          **Deputy Clerk**