# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> Plaintiff's motion for an extension is granted  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: April 27, 2022
> New York, New York

~~Solomon Krow~~

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

~~Pinebridge Investments Holdings U.S., LLC~~

_____
(List the full name(s) of the defendant(s)/respondent(s).)

~~19~~ CV ~~05711~~ (ER )(   )

**MOTION FOR EXTENSION
OF TIME TO FILE NOTICE
OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time

to file a notice of appeal in this action. I would like to appeal the judgment

entered in this action on ~~03/21/2022~~ but did not file a notice of appeal within the required
                              date

time period because:

_____

_____

_____
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

~~April 30, 2022~~
Dated:

Signature          Digitally signed by Solomon Krow
                   Date: 2022.04.19 16:33:03 -04'00'

~~Krow, Solomon~~
Name (Last, First, MI)

~~75 Main Street, #203~~ ~~Woodbridge~~ ~~NJ~~        ~~07095~~
Address                  City          State          Zip Code

~~(732) 829-6802~~                 ~~skrow118@gmail.com~~
Telephone Number                   E-mail Address (if available)

Rev. 3/27/15